IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GULF HARBOUR INVESTMENTS CORPORATION,<br><br>                Plaintiff,<br><br>-against-<br><br>CIT BANK, N.A.,<br><br>                Defendant. | Civil Action No. 1:21-cv-06204-JPO<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for CIT Bank, N.A. hereby certifies that CIT Bank, N.A. is a wholly-owned subsidiary of CIT Group Inc., and that no publicly held company owns 10% or more of CIT Bank, N.A.'s stock.

Dated: September 13, 2021

                                              Respectfully submitted,

                                              /s/ *Allen W. Burton*
                                              Allen W. Burton
                                              O'MELVENY & MYERS LLP
                                              Times Square Tower
                                              7 Times Square
                                              New York, New York 10036
                                              Tel:  (212) 326-2282
                                              Fax:  (212) 326-2061
                                              aburton@omm.com